# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-20031/6008627009

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-13425-SSC |
| Tami Leighton Antonini and Steven Anthony Antonini | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| Bank of America, N.A. | |
| Secured Creditor, vs. | |
| Tami Leighton Antonini and Steven Anthony Antonini, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1.    The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Bank of America, N.A., pursuant to the proof of claim in the amount of $1,757.60 .    Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.    The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings.  Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 6th day of August, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
            Mark S. Bosco
            Leonard J. McDonald
            Attorneys for Secured Creditor

COPY of the foregoing mailed
August 6, 2009 to:

Tami Leighton Antonini and Steven Anthony Antonini
8980 W. Tonopah Dr.
Peoria, AZ  85382
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee


By: Anne Mallette