**Form B10 (Official Form 10) (12/08)**

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF ARIZONA PHOENIX DIVISION | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  Tami Leighton Antonini | Case Number: 09-13425-PHX-SSC |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bank of America N.A.

Name and address where notices should be sent:
Bank of America N.A.
475 CrossPoint Parkway / Post Office Box 9000
Getzville, New York 14068

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
  (*If known*)

Filed on:

Name and address where payment should be sent (if different from above):
Bank of America N.A.
475 CrossPoint Parkway / Post Office Box 9000
Getzville, New York 14068

Telephone Number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**  $21,233.57

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Money Loaned
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** xxxxxx7009

    **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    **Nature of property or right of setoff:**  ☒  Real Estate ☐  Motor Vehicle ☐  Other: _____
    Describe:

    **Value of Property:** not available      **Annual Interest Rate:**

    **Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any:** $1,757.60  **Basis for perfection:** Recordation of Lien

    **Amount of Secured Claim:** $21,233.57   **Amount Unsecured** $0.00

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.
(*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: June 24, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ Hilary B. Bonial  as Creditor's Authorized Agent    P.O. Box 829009  Dallas, TX 75382-9009 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
5460-N-2336

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 09-13425-PHX-SSC** |
| **TAMI LEIGHTON ANTONINI** | § | |
| **STEVEN ANTHONY ANTONINI** | § | **CHAPTER 13** |
| **FKA TAMI LYNN LEIGHTON** | § | |
| | § | **JUDGE SARAH SHARER CURLEY** |

**EXHIBIT A**

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF BANK OF AMERICA N.A.
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
11357 W PINEHOLLOW DR, SURPRISE, ARIZONA 85374

SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| 1. | Total Debt  (As of June 16, 2009) | $21,233.57 |
| 2. | Interest rate as of  June 16, 2009 | 8.00% |
| 3. | Interest from Last Paid Installment | $1,407.04 |
| 4. | Detail of arrearage: (through Jun 09) | |
| | 10 payments September 2008 through June 2009 @ $146.76 each: | $1,467.60 |
| | ** ATTORNEY FEES AND COSTS | $0.00 |
| | ** BANKRUPTCY LEGAL FEES | $250.00 |
| | ** OTHER CHARGES     Inspection Fees | $10.00 |
| |                                     Other | $30.00 |
| | TOTAL ARREARAGE | $1,757.60 |

The current monthly payment amount is $146.76.  The monthly payment amount may change due to escrow
requirements and/or interest rate adjustments.

**RESERVATION OF RIGHTS**

**Please be advised that reasonable fees and costs for the review of the bankruptcy pleadings, review of client
information, preparation and filing of the Proof of Claim will be charged to the lender/servicer for post-
petition services rendered subsequent to the filing of this bankruptcy matter.  Further, note that future fees
and costs for bankruptcy related services are expected to accrue throughout the life of this bankruptcy case,
and will be charged to the lender/servicer.  If allowed by the underlying security instrument, the bankruptcy
code and other applicable law and such fees and costs or charges are not paid through the bankruptcy, the
lender reserves the right, at the lender's discretion, to seek future reimbursement for the fees, costs and
charges related to services rendered and expenses incurred.**

Name of Creditor: Bank of America N.A.
File Number 5460-N-2336 / poc