1

**T I F F A N Y & B O S C O**
P.A.

2  **2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
3  **PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
4  **FACSIMILE: (602) 255-0192**

5  Mark S. Bosco
State Bar No. 010167
6  Leonard J. McDonald
State Bar No. 014228
7  Attorneys for Secured Creditor

8  09-17626/154084672

9  ## IN THE UNITED STATES BANKRUPTCY COURT

10  ## FOR THE DISTRICT OF ARIZONA

11

12  IN RE:                                     No. 2:09-bk-13425-SSC

13  Tami L. Antonini, Tami Leighton Antonini and      Chapter 13
     Steven Anthony Antonini
14                                              OBJECTION TO CHAPTER 13 PLAN

15           Debtors.
     _____
16  BAC Home Loans Servicing, L.P. fka Countrywide
     Home Loans Servicing, L.P.
17
              Secured Creditor,
18        vs.

19  Tami L. Antonini, Tami Leighton Antonini and
     Steven Anthony Antonini, Debtors; Edward J.
20  Maney, Trustee.

21
              Respondents.
22

23        BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., a secured

24  creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed

25  by the Debtor for the following reasons:

26

1.     The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., pursuant to the proof of claim in the amount of $29,733.90 .    Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan.  A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.     The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings.  Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 7th day of August, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
                Mark S. Bosco
                Leonard J. McDonald
                Attorneys for Secured Creditor

COPY of the foregoing mailed
August 7, 2009 to:

Tami Leighton Antonini and Steven Anthony Antonini
8980 W. Tonopah Dr.
Peoria, AZ  85382
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

..

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee


By: Anne Mallette