JOSEPH W. CHARLES, ESQ #3038
5704 West Palmaire Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI,<br><br>         Debtor(s).<br><br>Last four digits of Social Security No(s).:<br>0743, 9187 | Case No.2:09-bk-13425-SSC |

## NOTICE OF OBJECTION TO CLAIM

Tami Leighton Antonini and Steven Anthony Antonini have filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before September 8th, 2009, you or your lawyer must file with the court a written response to the objection, explaining your position, at:

230 N. First Ave
Suite 120
Phoenix, AZ 85003

If you mail your response to the court for filing, you must mail it early enough do that the court will receive it on or before the date stated above.

1

You must also mail a copy to:

JOSEPH W. CHARLES
5704 West Palmaire Avenue
P.O. BOX 1737
Glendale, AZ 85311-1737

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

DATED this 19th day of August 2009.

JOSEPH W. CHARLES, P.C.
/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtor

COPY of the foregoing
Mailed this 19th day of
August 2009, to:

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee