JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI,<br>　　　　　　　　　　　Debtor(s). | Case No.2:09-bk-13425-SSC<br><br>**OBJECTION TO PROOF OF CLAIM OF BAC HOME LOAN SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.** |

The Debtors TAMI LEIGHTON ANTONINI and STEVEN ANTHONY ANTONINI object to the Proof of Claim of BAC HOME LOAN SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. as filed on August 3, 2009 as proof of claim # 15:

1.) Is not shown to have proof of standing;

2.) Is not supported by the original note indicating the existence of the debt; and

3.) Is not supported by sufficient documentation verifying the alleged arrearages.

THEREFORE, Debtors object to the proof of claim filed on behalf of BANK OF AMERICA, N.A., and asks that their claim be denied.

1

DATED this 19th day of August 2009.

JOSEPH W. CHARLES, P.C.

/s/ <u>Joseph W. Charles</u>
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 19th day of
August 2009, to:

Mark Basco
Leonard J. McDonald
Tiffany & Basco, P.A.
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

2