# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-20031/6008627009

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-13425-SSC |
| Tami Leighton Antonini and Steven Anthony Antonini | Chapter 13<br>CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO<br>PROOF OF CLAIM #15 |
| Debtors. | |
| Bank of America, N.A. | |
| Secured Creditor,<br>vs. | |
| Tami Leighton Antonini and Steven Anthony Antonini, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby responds to Debtor's Objection to Proof of Claim #15 for the following reasons:

1. Bank of America, N.A. is a proper party and has standing as Bank of America, N.A. is the servicer of the Note and Deed of Trust.

2. Debtor's objection that the creditor has not provided the "original note" is without merit. While the creditor holds the original Note, Arizona law permits instrument holders to enforce the

instrument even if the holder does not have the original instrument anymore. A.R.S. § 47-3309(A)(3). Second, no Arizona or federal law requires the holder of a note to have actual possession of the note in order to foreclose. The Arizona Nonjudicial Foreclosure Statutes make no mention of the holder of the note being required to show the original note in nonjudicial foreclosure actions. There is no federal requirement either.

3. Creditor requests that Debtor's Objection to Proof of Claim #15 be denied.

DATED this 25th day of September, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY: /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

1 | COPY of the foregoing mailed
2 | September 25, 2009 to:

3 | Tami Leighton Antonini and Steven Anthony Antonini
4 | 8980 W. Tonopah Dr.
Peoria, AZ  85382
Debtors

6 | Joseph W. Charles
P.O. Box 1737
7 | Glendale, AZ 85311-1737
Attorney for Debtors

9 | Edward J. Maney
P.O. Box 10434
10 | Phoenix, AZ  85064-0434
Trustee

12 | By: /s/ Paula D. Hillock

13 | F:\09-AZ\09-17626-OBJTOPOC15.DOC