# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-19098/6237544876

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-13425-SSC |
| Tami Leighton Antonini and Steven Anthony Antonini | Chapter 13 |
| Debtors. | CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM #4 |
| Bank of America, N.A. | |
| Secured Creditor, vs. | |
| Tami Leighton Antonini and Steven Anthony Antonini, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

     Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby responds to Debtor's Objection to Proof of Claim #4 for the following reasons:

     1.     Bank of America, N.A. is a proper party and has standing as Bank of America, N.A. is the servicer of the Note and Deed of Trust.

1    2.    Debtor's objection that the creditor has not provided the "original note" is without merit.

2    While the creditor holds the original Note, Arizona law permits instrument holders to enforce the

3    instrument even if the holder does not have the original instrument anymore.    A.R.S. § 47-3309(A)(3).

4    Second, no Arizona or federal law requires the holder of a note to have actual possession of the note in

5    order to foreclose.    The Arizona Nonjudicial Foreclosure Statutes make no mention of the holder of the

6    note being required to show the original note in nonjudicial foreclosure actions.    There is no federal

7    requirement either.

8        3.    Creditor requests that Debtor's Objection to Proof of Claim #4 be denied.

9        DATED this 25th day of September, 2009.

10                                           Respectfully submitted,

11                                           TIFFANY & BOSCO, P.A.

12

13

14                                     BY:    /s/ MSB # 010167
                                              Mark S. Bosco
15                                            Leonard J. McDonald
                                              Attorneys for Secured Creditor
16   COPY of the foregoing mailed
     September 25, 2009 to:
17
18   Tami Leighton Antonini and Steven Anthony Antonini
     8980 W. Tonopah Dr.
19   Peoria, AZ  85382
     Debtors
20
21   Joseph W. Charles
     P.O. Box 1737
22   Glendale, AZ 85311-1737
     Attorney for Debtors
23
24   Edward J. Maney
     P.O. Box 10434
25   Phoenix, AZ  85064-0434
     Trustee
26
     By: /s/ Paula D. Hillock