JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:    (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI<br><br>Debtors.<br><br>BANK OF AMERICA, N.A.<br><br>Movant,<br><br>vs.<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI,<br>Debtors; and EDWARD J. MANEY,<br>Trustee,<br><br>Respondents. | Case No. 2:09-bk-13425-SSC<br><br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>11357 W. Pinehollow Dr.<br>Surprise, AZ 85374 |

COMES NOW the debtors, Tami Leighton Antonini and Steven Anthony Antonini, by and through counsel undersigned, and hereby responds and objects to Movant Bank of America, N.A.'s Relief from the Automatic Stay as follows:

1

1. Movant's motion is not supported by sufficient documentation verifying the alleged arrearages.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 25th day of September, 2009.

                JOSEPH W. CHARLES, P.C.


By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

COPY of the foregoing
mailed this 25th day of
September, 2009, to:

Mark Basco
Leonard J. McDonald
Tiffany & Basco, P.A.
2525 E. Camelback Road
Suite 800
Phoenix, AZ 85016
Attorney for Movant

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

    C. Short