WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
**Michael A. Bosco, Jr.**
2525 East Camelback Road, Suite 300
Phoenix, AZ 85016

## ASSIGNMENT OF DEED OF TRUST

Loan No. 154084672            T & B No.: 09-17626
Parcel No.

For Value Received, the undersigned corporation hereby grants, assigns and transfers to **BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.** at the address of 7105 Corporate Drive Mail Stop PTX-209, Plano TX 75024 all beneficial interest under that certain Deed of Trust dated **December 8, 2006** executed by **Tami L. Antonini, a married women** Trustor, **Fidelity National Title Insurance Company, an Arizona Corporation** Trustee, **Mortgage Electronic Registration System, Inc as nominee for Countrywide Home Loans. Inc**, as Beneficiary; and recorded on **01/31/07** as Recording No./Book-Page 20070126659 of Official Records of **Maricopa** County, AZ and legally describing the trust property as:

Lot 19, DOVE VALLEY RANCH PARCEL 6, according to Book 508 of Maps, page 47 and Affidavit Correction in recording No. 00-748131, records of Maricopa County, Arizona.

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust. Hereby made effective on:
Date: _October 21, 2009_

**Mortgage Electronic Registration System, Inc as nominee for Countrywide Home Loans. Inc**

By: _Kelly May_
Its: _Certifying Officer_

STATE OF _California_ )
                              )ss.
COUNTY OF _Ventura_ )

On this _21st_ day of _October_, 20_09_, before me, the undersigned, a Notary Public for said State, personally appeared _Kelly May_ known to me to be the _Certifying Officer_ of the above corporation, and acknowledge execution of the above instrument on behalf of the corporation.

My Commission Expires: _02/07/2013_     _Jean Viraldo_
                                                       Notary Public

*JEAN L. VIRALDO*
*Commission # 1835517*
*Notary Public - California*
*Ventura County*
*My Comm. Expires Feb 7, 2013*