JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI<br><br>Debtors.<br><br>BAC Home Loans Servicing, L.P. fka<br>Countrywide Home Loans Servicing,<br>L.P.<br><br>Movant,<br><br>vs.<br><br>TAMI LEIGHTON ANTONINI and<br>STEVEN ANTHONY ANTONINI,<br>Debtors; and EDWARD J. MANEY,<br>Trustee,<br><br>Respondents. | Case No. 2:09-bk-13425-SSC<br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>8973 W. Tonopah Dr.<br>Peoria, AZ 85382 |

COMES NOW the debtors, Tami Leighton Antonini and Steven Anthony Antonini, by and through counsel undersigned, and hereby responds and objects to Movant BAC Home Loans Servicing, L.P.'s Relief from the Automatic Stay as follows:

1

1. Movant's motion is not supported by sufficient documentation verifying the alleged arrearages.

2. The "assignment of deed of trust" purports to transfer the rights of the note, but the entity doing the transfer is not Countrywide Home Loans, Inc., who is the actual holder of the note.

3. There is nothing to show that Mortgage Electronic Registration Systems has authority to act as Countrywide Home Loans, Inc.'s agent.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 12th day of November, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

COPY of the foregoing
mailed this 12th day of
November, 2009, to:

Mark Basco
Leonard J. McDonald
Tiffany & Basco, P.A.
2525 E. Camelback Road
Suite 800
Phoenix, AZ 85016
Attorney for Movant

```
 1  Edward J. Maney
    P.O. Box 10434
 2  Phoenix, AZ 85064-0434
 3  Trustee

 4        C. Short
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```