# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | TAMI LEIGHTON & STEVEN ANTHONY ANTONINI |
| **Case Number:** | 2:09-bk-13425-SSC   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS SERVICING
**R / M #:**   47 / 0

### Appearances:

NO APPEARANCES.

### Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on October 28, 2009, by BAC Home Loans Servicing, L.P. ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

  x   The Movant is not the holder of the underlying Note or the Movant has failed to provide adequate documentation to establish that the Movant is the holder of the underlying Note. See Local Rule 4001-1(e).

  x   The Motion asserts that the Movant is an assignee of the holder of the underlying Note, but the assignment provided by the Movant is insufficient as MERS is listed as the assignor. MERS is an entity whose sole purpose is to act as "mortgagee of record" for mortgage loans that are registered on the MERS system. In re Kang Jin Hwang, 396 B.R. 757 (Bankr. C.D.Cal 2008).

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on December 15, 2009 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.

Case 2:09-bk-13425-SSC   Doc 57   Filed 12/14/09   Entered 12/14/09 10:22:48   Desc
Main Document   Page 1 of 1