TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19098/871215760

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tami Leighton Antonini and Steven Anthony Antonini<br>        Debtors.<br><br>Bank of America, N.A.<br>        Movant,<br>vs.<br>Tami Leighton Antonini and Steven Anthony Antonini, Debtors; Edward J. Maney, Trustee.<br>        Respondents. | No. 2:09-bk-13425-SSC<br><br>Chapter 13<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA )
                          ) ss:
County of Maricopa )

    I, Mark S. Bosco, under oath, depose and say:

    That on 25th day of January, 2010 I caused to be mailed a copy of the Order Setting Preliminary Hearing on Motion for Relief from the Autoaamtic Stay and Establishing Procedures for Presentation of

Evidence at Final Hearing, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Tami Leighton Antonini and Steven Anthony Antonini
8980 W. Tonopah Dr.
Peoria, AZ 85382
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

Bank of America, N.A.
275 S. Valencia Avenue
Brea, CA 92823
Movant

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Attorney for Movant

SUBSCRIBED and SWORN to before me this 25th day of January, 2010.

_____
Notary Public

OFFICIAL SEAL
APRIL CRANE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2013